UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Janet Graf, | CASE NO. 1:12cv2278 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| vs. | **STIPULATED DISMISSAL ENTRY** |
| Resilience Capital Partners LLC, et al., | |
| Defendants. | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

_____
Attorney for Plaintiff

_____
Attorney for Defendants

**IT IS SO ORDERED.**

_____
Dan Aaron Polster
United States District Judge

FILED 2014 JUN 11 PM 4:34 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND